MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Matthew Steven Brown
Chapter 7 Case No.   09-30538

Please Check One:
☐   Unclaimed Dividends
☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH  43054 | 2 | 96.62 | 0.99 |
| Chase Bank USA NA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX  75374 | 5 | 188.28 | 1.93 |
| Glelsi/Citibank NA<br>PO Box 7860<br>Madison, WI  53707 | 6 | 63.87 | 0.66 |
| Total | | | 3.58 |

Date:   January 21, 2010                              _____
                                                                               Trustee